**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

—————————————————————————————

**BENJAMIN SMITH,**

              **Plaintiff,**

     v.                                      **No. 9:09-CV-729**
                                                      **(TJM/DRH)**

**UNITED STATES OF AMERICA; DAN**
**PETERSON, Factory Manager, FCI Ray**
**Brook; SUSAN KEIFFER, Case Manager,**
**FCI Ray Brook; FEDERAL CORRECTIONAL**
**INDUSTRIES (UNICOR), FCI Florence,**
**Florence, Colorado; MR. FELNER,**
**Unit Manager, FCI Ray Brook; D.**
**KIRKBY, Factory Foreman, FCI Ray Brook;**
**MR. LUCAS, Case Manager, FCI Ray**
**Brook; and T.R. CRAIG, Facility**
**Superintendent, FCI Ray Brook,**

                       **Defendants.**

—————————————————————————————

**THOMAS J. McAVOY,**
**Senior United States District Judge**


## DECISION & ORDER

## I.  INTRODUCTION

This *pro se* action brought under Bivens v. Six Unknown Fed. Narcotics Agents,

403 U.S. 388 (1971), was referred to the Hon. Judge David R. Homer, United States

Magistrate Judge, for a Report and Recommendation.  No objections to the Report-

Recommendation and Order dated February 3, 2011 have been filed, and the time to do

so has expired.  Furthermore, after examining the record, this Court has determined that

the Report-Recommendation and Order is not subject to attack for plain error or manifest

injustice.

## II.  CONCLUSION

Accordingly, the Court adopts the Report-Recommendation and Order for the

reasons stated therein. It is therefore **ORDERED** that Defendants' motion for summary

judgment (Dkt. No. 23) is **GRANTED IN PART AND DENIED IN PART**.

The motion is **GRANTED** as to the claims for:

A. Interference with mail;

B. Retaliation/false disciplinary reports;

C. Eighth Amendment claim of inadequate medical care; and

D. Product liability/negligence under the FTCA,

and these claims are **DISMISSED**.

The motion is **DENIED** as to the claims for:

A.  A biased hearing officer; and

B. Conditions of confinement.

Based on this determination, all defendants are **TERMINATED except Defendant**

**Felner**.

## IT IS SO ORDERED

DATED:March 1, 2011

Thomas J. McAvoy
Senior, U.S. District Judge